United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA DE LA CARIDAD BORI CABALLERO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-5329 |
| | § | |
| RANDY TATE, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Respondent's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE